# EXHIBIT B

CONFIRMED FILE DATE : 12/3/2015

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to

JOSE ROCHIN
5511 PRIMEROSE
HOUSTON, TX 77017
2015 68363   215™

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
12-7-15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below,   ☐ No

P. 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

EXPEDITED FORECLOSURE   22168215

2. 7015 1730 0002 4369 0541

PS Form 3811, July 2013   Domestic Return Receipt



UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
PO BOX 4651
HOUSTON, TEXAS 77210

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY TE

2015 DEC -6   AM 7:47

DEC-3

Unofficial Copy Office of Chris Daniel

CONFIRMED FILE DATE: 12/4/2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

UNDER WRITERS AT LLOYDS LONDON SUBSCRIBING
EDWARD T SMITH AT MENDES & MOUNT LLP
750 7TH AVE
NEW YORK, NY 10019-6829
2015 68363    215TH

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7015 1730 0002 4023 6821

PS Form 3811, July 2013   Domestic Return Receipt



UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4® in this box®

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

2015 DEC -4   AM 5:54

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G 10

CONFIRMED FILE DATE: 12/8/2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1 Article Addressed to:

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.

UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING
C/O EDWARD SMITH
750 7TH AVE
NEW YORK, NY 10019 6829
2015 63363   215TH

2015 - 68363

**COMPLETE THIS SECTION ON DELIVERY**

A Signature

X _____  ☐ Agent  ☐ Addressee

B Received by ( Printed Name )   C Date of Delivery

D Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

IW & IW , LLP

Answered          FILE

3 Service Type
☐ Certified Mail   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4 Restricted Delivery? (Extra Fee)   ☐ Yes

2   7015 1730 0002 4369 0561

PS Form 3811, July 2013          Domestic Return Receipt



First Class Mail
Postage & Fees Paid
USPS
Permit No G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

#30

15 DEC 8

Non-Official Copy of Chris Daniel