| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 09, 2016
David J. Bradley, Clerk

William Flores, §
§
      Plaintiff, §
§
versus §    Civil Action H-15-3743
§
Certain Underwriters at §
Lloyd's London, *et al.*, §
§
      Defendants. §

## Final Dismissal

1. Neither party has moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 9, 2016, at Houston, Texas.

                                          Lynn N. Hughes
                                  United States District Judge